| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____    Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Crisp-N-Clean of Evergreen Park, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-0410361 |
| 4. | **Debtor's address** | **Principal place of business** **3144 W. 95th St.** **Evergreen Park, IL 60805** Number, Street, City, State & ZIP Code  **Cook** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **IL** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Crisp-N-Clean of Evergreen Park, Inc.** _____ Case number (*if known*) _____
Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor **Crisp-N-Clean of Evergreen Park, Inc.** _____ Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Crisp-N-Clean of Evergreen Park, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 6, 2016**
MM / DD / YYYY

X **/s/ Syed Imran Shah**
Signature of authorized representative of debtor

**Syed Imran Shah**
Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ John F. Hiltz**
Signature of attorney for debtor

Date **October 6, 2016**
MM / DD / YYYY

**John F. Hiltz**
Printed name

**Hiltz & Zanzig LLC**
Firm name

**53 West Jackson Blvd.**
**Suite 205**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone  **312-566-9008**       Email address  **info@hzlawgroup.com**

**6289744**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Crisp-N-Clean of Evergreen Park, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADT<br>P.O. Box 371878<br>Pittsburgh, PA 15250 | | | | | | $1,503.26 |
| BML<br>6408 N. Western Ave<br>Chicago, IL 60645 | | | | | | $370.26 |
| Cleaner's Supply<br>c/o McCarthy Burgess & Wolff<br>26000 Cannon Rd.<br>Bedford, OH 44146 | | | | | | $773.75 |
| Comar Properties<br>1S660 Midwest Rd.<br>Villa Park, IL 60181 | | | Contingent<br>Unliquidated<br>Disputed | | | $107,157.95 |
| ComEd<br>P.O. Box 2321<br>Chicago, IL 60690 | | | | | | $298.94 |
| DLD<br>331 Broad St.<br>Plainwell, MI 49080 | | | | | | $11,904.00 |
| Foster Park Currency Exchange, Inc.<br>600 South Second St<br>Suite 404<br>Springfield, IL 62704 | | | | | | $394.10 |
| Haiges Machinery<br>11314 Main St.<br>Huntley, IL 60142 | | | | | | $9,802.64 |
| Lipke Kentex<br>4309 S. Morgan St.<br>Chicago, IL 60609 | | | | | | $35,916.33 |

| Debtor | Crisp-N-Clean of Evergreen Park, Inc. | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **New 75th & Cottage Currency Exchange,Inc**<br>425 Huehl Rd Bldg 3<br>Northbrook, IL 60062 | | | | | | $234.71 |
| **New 75th & Exchange Currency Exchange**<br>555 Skokie Blvd #500<br>Northbrook, IL 60062 | | | | | | $2,319.30 |
| **Nicor Gas**<br>P.O. Box 5407<br>Carol Stream, IL 60197 | | | | | | $4,159.24 |
| **The Check Cashing Place**<br>PO Box 12606<br>San Diego, CA 92112 | | | | | | $651.01 |

```
ADT
P.O. Box 371878
Pittsburgh, PA 15250


BML
6408 N. Western Ave
Chicago, IL 60645


Cleaner's Supply
c/o McCarthy Burgess & Wolff
26000 Cannon Rd.
Bedford, OH 44146


Comar Properties
1S660 Midwest Rd.
Villa Park, IL 60181


ComEd
P.O. Box 2321
Chicago, IL 60690


DLD
331 Broad St.
Plainwell, MI 49080


Foster Park Currency Exchange, Inc.
600 South Second St
Suite 404
Springfield, IL 62704


Haiges Machinery
11314 Main St.
Huntley, IL 60142


Jonathan M. Mikrut
Sanford Kahn, LLP
180 North LaSalle Street, Suite 2025
Chicago, IL 60601


Lipke Kentex
4309 S. Morgan St.
Chicago, IL 60609
```

```
Mages & Price LLC
1110 Lake Cook Road, Suite 385
Buffalo Grove, IL 60089


New 75th & Cottage Currency Exchange,Inc
425 Huehl Rd Bldg 3
Northbrook, IL 60062


New 75th & Exchange Currency Exchange
555 Skokie Blvd #500
Northbrook, IL 60062


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197


The Check Cashing Place
PO Box 12606
San Diego, CA 92112
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Crisp-N-Clean of Evergreen Park, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Crisp-N-Clean of Evergreen Park, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 6, 2016**  
Date

/s/ John F. Hiltz  
**John F. Hiltz 6289744**  
Signature of Attorney or Litigant  
Counsel for  **Crisp-N-Clean of Evergreen Park, Inc.**  
**Hiltz & Zanzig LLC**  
**53 West Jackson Blvd.**  
**Suite 205**  
**Chicago, IL 60604**  
**312-566-9008 Fax:312-566-9015**  
**info@hzlawgroup.com**